1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon L. Yang (SBN 260286)
3  syang@seyfarth.com
   601 South Figueroa Street, Suite 3300
4  Los Angeles, California 90017
   Telephone:  (213) 270-9600
5  Facsimile:   (213) 270-9601

6  Attorneys for Defendant
   AIRPORT TERMINAL SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11 | DARIUS MAYES, an individual, on behalf of himself and others similarly situated, | Case No. 2:19-cv-10914
12 | | **DECLARATION OF JEFF LUETKENHAUS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**
13 | Plaintiff, |
14 | vs. |
15 | AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive, | Los Angeles Superior Court Case No. 19STCV41870
16 | | Complaint Filed:   November 21, 2019
17 | Defendants. |

---

DECLARATION OF JEFF LUETKENHAUS IN SUPPORT OF NOTICE OF REMOVAL

I, Jeff Luetkenhaus, declare as follows:

1. I am the Senior Manager of Labor and Employee Relations for Defendant, Airport Terminal Services, Inc. ("ATS"), and I work at ATS's corporate offices in St. Louis, Missouri. My responsibilities require me to be familiar with the operations of ATS. I also have access to information and data related to ATS's personnel operations. I make this declaration on the basis of my own personal knowledge and examination of ATS business documents and records, except as to those matters stated on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could testify competently as to the facts stated in this declaration.

2. ATS is now, and was at all relevant times, incorporated under the laws of the State of Missouri. ATS's headquarters is located at 940 Westport Plaza Drive, Suite 101, St. Louis, Missouri 63146. ATS's corporate officers, including the Chief Executive Office, President, and Vice President of Employee Services, for example, work from this headquarters in St. Louis, Missouri. These individuals comprise ATS's senior management and are responsible for the direction, control, and coordination of ATS's corporate planning and strategy. None of Defendant's senior management works out of California.

I declare under penalty of perjury of the laws of United States of America and the State of California that the foregoing is true and correct and was executed on November 25, 2019, in St. Louis, Missouri.

_____
Jeff Luetkenhaus

1
DECLARATION OF JEFF LUETKENHAUS IN SUPPORT OF NOTICE OF REMOVAL