1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon L. Yang (SBN 260286)
3  syang@seyfarth.com
   601 South Figueroa Street, Suite 3300
4  Los Angeles, California 90017
   Telephone:  (213) 270-9600
5  Facsimile:   (213) 270-9601

6  Attorneys for Defendant
   AIRPORT TERMINAL SERVICES, INC.
7

8            UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| DARIUS MAYES, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-10914<br><br>**DECLARATION OF SIMON L. YANG IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>Los Angeles Superior Court Case No. 19STCV41870<br><br>Complaint Filed:   November 21, 2019 |
|---|---|

---

DECLARATION OF SIMON L. YANG IN SUPPORT OF NOTICE OF REMOVAL

I, Simon L. Yang, declare as follows:

1. I am an attorney admitted to practice in the State of California. I am a partner at the law firm of Seyfarth Shaw LLP, counsel of record for Defendant, Airport Terminal Services, Inc. ("ATS"), in the above-captioned matter, as well as in prior matters including *Pederson v. Airport Terminal Services, Inc.*, C.D. Cal. Case No. 5:15-cv-02400-VAP-SP. I make this declaration on the basis of my own personal knowledge and examination of ATS documents and records kept in the course of regularly conducted business activities, except as to those matters stated on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could testify competently as to the facts stated in this declaration.

2. Based on a review of Defendant's records since November 21, 2015, Defendant has employed well over 100 or even 500 individuals as non-exempt employees in California. Based on a review of Defendant's employment records from just November 21, 2016, through March 6, 2018, Defendant has consistently employed more than 185 non-exempt employees in California each day. When extrapolating to the present, since November 21, 2016, Defendant has employed in excess of 1,737 former non-exempt employees in California. Defendant has consistently employed more than 417 non-exempt employees during weekly pay periods since November 20, 2018.

I declare under penalty of perjury of the laws of United States of America and the State of California that the foregoing is true and correct and was executed on December 27, 2019, in Los Angeles, California.

                                            */s/ Simon L. Yang*
                                            Simon L. Yang

1

DECLARATION OF SIMON L. YANG IN SUPPORT OF NOTICE OF REMOVAL