SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon L. Yang (SBN 260286)
syang@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DARIUS MAYES, an individual, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-10914<br><br>**PROOF OF SERVICE OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>Los Angeles Superior Court<br>Case No. 19STCV41870<br><br>Complaint Filed:　　November 21, 2019 |

PROOF OF SERVICE OF DEFENDANT'S NOTICE OF REMOVAL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 601 South Figueroa Street, Suite 3300, Los Angeles, California 90017-5793. On December 27, 2019, I served the within documents:

**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1332, 1367, 1441, 1446, AND 1453**

**DECLARATION OF SIMON L. YANG IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

**DECLARATION OF JEFF LUETKENHAUS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

**CIVIL COVER SHEET**

**DEFENDANT'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (CENTRAL DISTRICT LOCAL RULE 7.1-1)**

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1)**

by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below:

| | |
|---|---|
| David Yeremian<br>Alvin B. Lindsay<br>DAVID YEREMIAN & ASSOCIATES, INC.<br>535 N. Brand Blvd., Suite 705<br>Glendale, CA 91203 | *Attorneys for Plaintiff*<br>*Darius Mayes* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on December 27, 2019, at Los Angeles, California.

                                                */s/ Kassandra Cutler*
                                                Kassandra Cutler