1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon L. Yang (SBN 260286)
3  syang@seyfarth.com
   601 South Figueroa Street, Suite 3300
4  Los Angeles, California 90017
   Telephone:  (213) 270-9600
5  Facsimile:  (213) 270-9601

6  Attorneys for Defendant
   AIRPORT TERMINAL SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11 | DARIUS MAYES, an individual, on behalf of himself and others similarly situated, | Case No. 2:19-cv-10914
12 | | **DEFENDANT'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (CENTRAL DISTRICT LOCAL RULE 7.1-1)**
13 | Plaintiff, |
14 | vs. |
15 | AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive, | Los Angeles Superior Court Case No. 19STCV41870
16 | | Complaint Filed:   November 21, 2019
17 | Defendants. |

DEFENDANT'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Pursuant to Central District Local Rule 7.1-1, the undersigned counsel of record for Defendant, Airport Terminal Services, Inc., certify that the following listed parties may have a direct or indirect pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Interested Parties:

1. Darius Mayes, Plaintiff; and
2. Airport Terminal Services, Inc., Defendant.

DATED: December 27, 2019                    SEYFARTH SHAW LLP


By: */s/ Simon L. Yang*
     Aaron R. Lubeley
     Simon L. Yang
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

---

1

DEFENDANT'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES