1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon L. Yang (SBN 260286)
3  syang@seyfarth.com
   601 South Figueroa Street, Suite 3300
4  Los Angeles, California 90017
   Telephone:  (213) 270-9600
5  Facsimile:   (213) 270-9601

6  Attorneys for Defendant
   AIRPORT TERMINAL SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11 | DARIUS MAYES, an individual, on behalf of himself and others similarly situated, | Case No. 2:19-cv-10914 |
| --- | --- |
| Plaintiff, | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)** |
| vs. | Los Angeles Superior Court Case No. 19STCV41870 |
| AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive, | Complaint Filed:  November 21, 2019 |
| Defendants. | |

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant, Airport Terminal Services, Inc., states that Defendant is a privately held company, has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

DATED: December 27, 2019                SEYFARTH SHAW LLP


By: */s/ Simon L. Yang*
　　Aaron R. Lubeley
　　Simon L. Yang
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.