# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darius Mayes <br><br> v. <br><br> Airport Terminal Services, Inc. et al <br><br> PLAINTIFF(S) <br> DEFENDANT(S). | **CASE NUMBER** <br><br> 2:19-cv-10914 MWF(SSx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03** <br> **(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

**TRANSFER ORDER DECLINED**

_____          _____
Date                                          United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases are not related. The earlier case involved class claims for a different time period than those alleged in the current case.

February 24, 2020                    /s/ Virginia A. Phillips
Date                                          United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  5:11-cv-01946 VAP(SPx)  and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] Previous Judge   [ ] Statistics Clerk

CV-34 (03/19)        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)