1  DAVID YEREMIAN & ASSOCIATES, INC.
   David Yeremian (SBN 226337)
2  david@yeremianlaw.com
   Alvin B. Lindsay (SBN 220236)
3  alvin@yeremianlaw.com
   535 N. Brand Blvd., Suite 705
4  Glendale, California 91203
   Telephone: (818) 230-8380
5  Facsimile: (818) 230-0308

6  Attorneys for Plaintiff DARIUS MAYES,
   on behalf of himself and all others similarly situated

7
   SEYFARTH SHAW LLP
8  Aaron R. Lubeley (SBN 199837)
   alubeley@seyfarth.com
9  Simon L. Yang (SBN 260286)
   syang@seyfarth.com
10 601 South Figueroa Street, Suite 3300
   Los Angeles, California 90017
11 Telephone: (213) 270-9600
   Facsimile: (213) 270-9601

12 Attorneys for Defendants
13 AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DARIUS MAYES, an individual, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:19−cv−10914 MWF (SSx) <br><br> <u>CLASS ACTION</u> <br><br> <u>Assigned for All Purposes To:</u> <br> Hon. Michael W. Fitzgerald <br> Courtroom 5A, First Street Courthouse <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE** <br><br> *ISC Presently Scheduled for:* <br> Date: April 6, 2020 <br> Time: 11:00 a.m. <br> Courtroom: 5A <br><br> Complaint Filed: November 21, 2019 <br> Removed: December 27, 2019 |

# **ORDER**

The Court has reviewed and considered the Joint Stipulation and Request to Continue the Initial Scheduling Conference ("Joint Stipulation") submitted in this action by Plaintiff DARIUS MAYES ( "Plaintiff"), on behalf of himself and all others similarly situated, and Defendant AIRPORT TERMINAL SERVICES, INC. ("Defendant") (with Plaintiff, "the parties").

With GOOD CAUSE appearing, and pursuant to the parties' Joint Stipulation, the Court hereby ORDERS that:

1. The Initial Scheduling Conference in this action is continued from **April 6, 2020** to **May 18, 2020** at 11:00 a.m. in Courtroom 5; and

2. The parties will file their Joint Rule 26(f) Report and Discovery Plan on or before **May 4, 2020** addressing the items listed in the Court's original Order Setting Scheduling Conference (ECF No. 7).

**IT IS SO ORDERED.**

Dated: _____, 2020            _____

Hon. Michael W. Fitzgerald
United States District Judge