## JUDGE MICHAEL W. FITZGERALD
### SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | Case No. 2:19-cv-10914 MWF (SSx) |
|---|---|
| Case Name | Darius Mayes et al. v Airport Terminal Services, Inc. et al. (Class Action) |

| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|
| [ X ] Jury Trial  *or*  [ ] Court Trial **(Tuesday at 8:30 a.m.)**  Duration Estimate: __12__ Days | 2/01/22 | ATS does not presently object to Plaintiff's proposed dates. It, however, contends that the Court and Parties should set a cutoff for motions to determine class certification and whether representative claims will proceed to trial. ATS proposes that the Court defer scheduling a trial date and other cut-off dates until after the Court issues its decision on the class certification motion, with a fact discovery cut-off date five months after the Court issues its decision on the class certification motion, a cut-off date for summary judgment and other non-trial-related motions three months thereafter, a final pre-trial conference two months thereafter, and trial dates beginning one month thereafter. ATS also contends class certification should be set subject subject to a briefing schedule that permits Defendant four weeks to oppose and Plaintiff two weeks to reply. | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine* **(Monday at 11:00 a.m. -- three (3) weeks before trial date)**  Motions *In Limine* must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before this date; no reply briefs. | 1/10/22 | | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | 10/25/21 | | |
| Non-Expert Discovery Cut-Off (at least 4 weeks before last date to hear motions) | 18 | 9/27/21 | | |
| Expert Disclosure (Initial) | | 7/09/21 | | |
| Expert Disclosure (Rebuttal) | | 7/23/21 | | |
| Expert Discovery Cut-Off | 14 * | 8/30/21 | | |
| Last Date to *Hear* Motions (Monday at 10:00 a.m.) | 14 | 8/30/21 | | |
| Last Date to Conduct Settlement Conference | 12 | 9/13/21 | | |
| For Jury Trial<br>♦ File Memorandum of Contentions of Fact and Law, LR 16-4<br>♦ File Exhibit and Witness Lists, LR 16-5.6<br>♦ File Status Report Regarding Settlement<br>♦ File Motions *In Limine* | 6 | 12/20/21 | | |
| For Jury Trial<br>♦ Lodge Pretrial Conference Order, LR 16-7<br>♦ File Agreed Set of Jury Instructions and Verdict Forms<br>♦ File Statement Regarding Disputed Instructions, Verdicts, etc.<br>♦ File Oppositions to Motions *In LImine* | 5 | 12/27/21 | | |
| For Court Trial<br>♦ Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | 1/10/22 | | |

* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16-15] Selection:

☐ Attorney Settlement Officer Panel     ☒ Private Mediation     ☒ Magistrate Judge (with Court approval)

**EXHIBIT A**