DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff DARIUS MAYES,
on behalf of himself and all others similarly situated

SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon L. Yang (SBN 260286)
syang@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendants
AIRPORT TERMINAL SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DARIUS MAYES, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-10914 MWF (SSx)<br><br>CLASS ACTION<br><br>Assigned for All Purposes To:<br>Hon. Michael W. Fitzgerald<br>Courtroom 5A, First Street Courthouse<br><br>**JOINT STIPULATION REQUESTING ENTRY OF AN ORDER SETTING RELATED DATES FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Original Complaint Filed: November 21, 2019<br>Removed: December 27, 2019 |

JOINT STIPULATION FOR ENTRY OF ORDER SETTING MOTION FOR CLASS CERTIFICATION DATES

Plaintiff DARIUS MAYES (hereinafter "Plaintiff"), on behalf of himself and all others similarly situated, and Defendant AIRPORT TERMINAL SERVICES, INC. ("Defendant") (with Plaintiff, "the parties"), by and through their undersigned counsel of record, hereby respectfully submit this Joint Stipulation for Entry of the concurrently filed [Proposed] Order setting case management dates in conjunction with Plaintiff's motion for class certification.

1. Plaintiff filed this Class Action on **November 21, 2019** in Los Angeles County Superior Court alleging ten causes of action against Defendants, and Plaintiff also submitted a PAGA Notice Letter dated **November 21, 2019** to the LWDA. Plaintiff must amend the operative Complaint to add a PAGA cause of action and the notice period has run, but the parties will address this amendment in due course;

2. On **December 27, 2019**, Defendant removed this action to this honorable Court pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d) ("CAFA"), and Plaintiff has yet to challenge removal jurisdiction.

3. On **January 2, 2020**, the Court issued its Case Management Conference Order (ECF No. 7), setting the initial Case Management Conference in this action for **April 6, 2020** at 11:00 a.m. The parties stipulated (ECF No. 9) to continue that date to confer about the case and so that counsel could address the *Cisneros v Airport Terminal Services, Inc.* ("Cisneros"), CD Cal. Case No. 2:19-cv-2798-VAP-SP, which has settled and which Defendants assert encompasses the putative Class and claims in this action.

4. In response, the Court vacated the parties' Initial Scheduling Conference ("ISC") set for **April 6, 2020** at 11:00 a.m. in Courtroom 5A, and has asked the parties to submit their Joint Rule 26(f) Report without setting a continued ISC date. (ECF No. 10).

5. On **May 4, 2020**, the parties submitted their Joint Rule 26(f) Report, including their Schedule of Pre-Trial Dates Worksheet at Exhibit A thereto. (ECF Nos. 11, 11-1).

6. On **May 12, 2020**, the Court issued its Order Re: Jury Trial, which among other things set forth the case management dates for taking this action through trial. (ECF No. 13). The Court also ordered the parties to submit the present Joint Stipulation and [Proposed] Order setting forth the parties proposed briefing schedule and hearing date for Plaintiff's motion for Class

1  Certification, based on the dates the Court set for the other case management dates. (*Id*.). The

2  Court also issued an Order/Referral to ADR dated **May 12, 2020** ordering the parties to complete

3  ADR Procedure No. 3 by **September 13, 2021**. (ECF No. 12).

4        7.      To that end, the parties' counsel have conferred and stipulate and agree to the

5  following motion for class certification briefing and hearing schedule:  (1) Plaintiff's Motion filing

6  deadline: **March 1, 2021**; (2) Defendant's Opposition to Motion for Class Certification: **April 12,**

7  **2021**; (3) Plaintiff's Reply Brief: **May 3, 2021**; and (4) Hearing on Plaintiff's Motion for Class

8  Certification: **May 17, 2021**.

9        **THEREFORE**, the parties hereby stipulate to and request that the Court enter the

10  concurrently filed [Proposed] Order setting the dates for briefing and hearing Plaintiff's motion

11  for class certification.

12  **IT IS SO STIPULATED.**

14  DATED:  June 2, 2020                          DAVID YEREMIAN & ASSOCIATES, INC.

16                                                  By /S/ Alvin B. Lindsay
                                                      David Yeremian
17                                                        Alvin B. Lindsay
                                                      Attorneys for Plaintiff DARIUS MAYES
18                                                        and all others similarly situated

19  DATED:  June 2, 2020                          SEYFARTH SHAW LLP

21                                                        By /S/ Simon L. Yang
                                                       Aaron R. Lubeley
22                                                        Simon L. Yang
                                                      Attorneys for Defendant AIRPORT
23                                                        TERMINAL SERVICES, INC.