| | |
|---|---|
| 1 | DAVID YEREMIAN & ASSOCIATES, INC. |
| 2 | David Yeremian (SBN 226337)<br>david@yeremianlaw.com |
| 3 | Alvin B. Lindsay (SBN 220236)<br>alvin@yeremianlaw.com |
| 4 | 535 N. Brand Blvd., Suite 705<br>Glendale, California 91203 |
| 5 | Telephone: (818) 230-8380<br>Facsimile: (818) 230-0308 |
| 6 | Attorneys for Plaintiff DARIUS MAYES,<br>on behalf of himself and all others similarly situated |
| 7 | |
| 8 | SEYFARTH SHAW LLP<br>Aaron R. Lubeley (SBN 199837) |
| 9 | alubeley@seyfarth.com<br>Simon L. Yang (SBN 260286) |
| 10 | syang@seyfarth.com<br>601 South Figueroa Street, Suite 3300 |
| 11 | Los Angeles, California 90017<br>Telephone: (213) 270-9600 |
| 12 | Facsimile: (213) 270-9601 |
| 13 | Attorneys for Defendants<br>AIRPORT TERMINAL SERVICES, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DARIUS MAYES, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19−cv−10914 MWF (SSx)<br><br>CLASS ACTION<br><br>Assigned for All Purposes To:<br>Hon. Michael W. Fitzgerald<br>Courtroom 5A, First Street Courthouse<br><br>**[PROPOSED] ORDER SETTING RELATED DATES FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Original Complaint Filed: November 21, 2019<br>Removed: December 27, 2019 |

ORDER SETTING MOTION FOR CLASS CERTIFICATION DATES

**ORDER**

The Court has reviewed and considered the Joint Stipulation for Entry of an Order setting case management dates in conjunction with Plaintiff's motion for class certification ("Joint Stipulation") submitted by Plaintiff DARIUS MAYES (hereinafter "Plaintiff"), on behalf of himself and all others similarly situated, and Defendant AIRPORT TERMINAL SERVICES, INC. ("Defendant") (with Plaintiff, "the parties").

With GOOD CAUSE appearing, and pursuant to the parties' Joint Stipulation, the Court hereby ORDERS that:

1. In addition to the case management dates the Court has set for this action in the Order dated **May 12, 2020,** the Court hereby sets the following dates and deadlines in connection with Plaintiff's motion for class certification:

   a. Plaintiff's Motion filing deadline: **March 1, 2021**;

   b. Defendant's Opposition to Motion for Class Certification: **April 12, 2021**;

   c. Plaintiff's Reply Brief: **May 3, 2021**; and

   d. Hearing on Plaintiff's Motion for Class Certification: **May 17, 2021** at 10:00 a.m. in Dept. 5A.

**IT IS SO ORDERED.**


Dated: _____, 2020           _____
                                     Hon. Michael W. Fitzgerald
                                     United States District Judge