DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff DARIUS MAYES,
on behalf of himself and all others similarly situated

SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon L. Yang (SBN 260286)
syang@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendants
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DARIUS MAYES, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19−cv−10914 MWF (SSx)<br><br>CLASS ACTION<br><br>Assigned for All Purposes To:<br>Hon. Michael W. Fitzgerald<br>Courtroom 5A, First Street Courthouse<br><br>**ORDER SETTING RELATED DATES FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Original Complaint Filed: November 21, 2019<br>Removed: December 27, 2019 |

**ORDER**

The Court has reviewed and considered the Joint Stipulation for Entry of an Order setting case management dates in conjunction with Plaintiff's motion for class certification ("Joint Stipulation") submitted by Plaintiff DARIUS MAYES (hereinafter "Plaintiff"), on behalf of himself and all others similarly situated, and Defendant AIRPORT TERMINAL SERVICES, INC. ("Defendant") (with Plaintiff, "the parties").

With GOOD CAUSE appearing, and pursuant to the parties' Joint Stipulation, the Court hereby ORDERS that:

1. In addition to the case management dates the Court has set for this action in the Order dated **May 12, 2020,** the Court hereby sets the following dates and deadlines in connection with Plaintiff's motion for class certification:

    a. Plaintiff's Motion filing deadline: **March 1, 2021**;

    b. Defendant's Opposition to Motion for Class Certification: **April 12, 2021**;

    c. Plaintiff's Reply Brief: **May 3, 2021**; and

    d. Hearing on Plaintiff's Motion for Class Certification: **May 17, 2021** at 10:00 a.m. in Courtroom 5A.

**IT IS SO ORDERED.**

Dated:  June 3, 2020

_____
Michael W. Fitzgerald
United States District Judge