1 | DAVID YEREMIAN & ASSOCIATES, INC.
2 | David Yeremian (SBN 226337)
    david@yeremianlaw.com
3 | Alvin B. Lindsay (SBN 220236)
    alvin@yeremianlaw.com
4 | 535 N. Brand Blvd., Suite 705
    Glendale, California 91203
5 | Telephone: (818) 230-8380
    Facsimile: (818) 230-0308
6 | Attorneys for Plaintiff DARIUS MAYES,
    on behalf of himself and all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DARIUS MAYES, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-10914 MWF (SSx)<br><br>CLASS ACTION<br><br>Assigned for All Purposes To:<br>Hon. Michael W. Fitzgerald<br>Courtroom 5A, First Street Courthouse<br><br>**PLAINTIFF'S STATUS REPORT REGARDING PROCEEDING INDIVIDUALLY AND SETTLEMENT EFFORTS**<br><br>Original Complaint: November 21, 2019<br>Removed: December 27, 2019 |

Plaintiff DARIUS MAYES (hereinafter "Plaintiff"), on behalf of himself and others similarly situated employees of Defendant AIRPORT TERMINAL SERVICES, INC. ("Defendant") (with Plaintiff, "the parties"), respectfully provides this Status Report to the Court in response to the Court's March 18, 2021 Order (ECF No. 17) asking for a joint status report and update. Specifically, the deadline for filing a motion for class certification has passed, and the Court has inquired as to Plaintiff's intentions regarding the class claims or proceeding on an individual basis.

Plaintiff has desired to stipulate to dismiss the class claims in this action and proceed on an individual basis given the *Cisneros* case (addressed below). Plaintiff's Counsel has communicated this to Defendant's counsel, along with our preference to settle this action on an individual basis with Defendant rather than move to remand or otherwise continue with individual discovery in federal court. However, Plaintiff's undersigned counsel has been unable to receive any response from Defendant's counsel to numerous attempts to confer to provide a Joint Status Report. Plaintiff's undersigned counsel has also provided Defendant with a detailed individual settlement demand letter, but Defendant's counsel remains unresponsive to efforts to either resolve or otherwise procedurally advance this case.

The parties stipulated (ECF No. 9) to continue their initial case management conference date to confer about and address the prior filed case entitled *Cisneros v Airport Terminal Services, Inc.* ("Cisneros"), CD Cal. Case No. 2:19-cv-2798-VAP-SP. The *Cisneros* case had settled and encompassed the class and PAGA claims of Plaintiff, but Defendant and counsel for Cisneros took a long time to finalize a Settlement Agreement and move for its approval. Cisneros's counsel filed a motion for preliminary approval and Judge Phillips recently issued an Order Granting Preliminary Approval to the *Cisneros* case Settlement on March 26, 2021 (*Cisneros* ECF No. 27).  Notices will be mailed by the end of April.  Defendant has asserted Plaintiff's class and PAGA claims in this action are encompassed under the Class definition and period of the *Cisneros* settlement, and Plaintiff and his counsel in this

- 1 -
PLAINTIFF'S CASE STATUS REPORT REGARDING PROCEEDING INDIVIDUALLY AND SETTLEMENT EFFORTS

action have agreed not to challenge the *Cisneros* Settlement. Instead, Plaintiff will opt-out of the *Cisneros* settlement with the intention of continuing to prosecute, and preferably settle, this action on an individual basis.

To that end, Plaintiff is willing to stipulate to dismiss the class claims in this action, but counsel has been unable to do so because defense counsel has remained non-communicative. Plaintiff's counsel has attempted to discuss reasonable terms for an individual settlement with Defendant's counsel, and has provided an individual demand to that end, and we will continue to attempt to do so.

Plaintiff therefore requests that the Court vacate the class certification related case management dates set forth in the Order at ECF No. 15. Plaintiff's counsel will continue to attempt to communicate with Defendant's counsel regarding dismissal of the class claims and proceeding individually and settlement, and will endeavor to meet the other case management dates from the Court's Order at ECF No. 13, including the last day to conduct ADR on September 13, 2021. If the Court will entertain a unilateral request to dismiss the class claims, Plaintiff's counsel will submit it promptly. Counsel will otherwise continue to attempt to receive defense counsel's agreement to a stipulated dismissal of the class claims without prejudice and to attempt to negotiate a settlement of Plaintiff's individual claims.

DATED: April 1, 2021                    DAVID YEREMIAN & ASSOCIATES, INC.

                                        By /S/ Alvin B. Lindsay
                                            David Yeremian
                                            Alvin B. Lindsay
                                            Attorneys for Plaintiff DARIUS MAYES
                                            and all others similarly situated