DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff DARIUS MAYES

SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendants
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DARIUS MAYES, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-10914 MWF (SSx)<br><br><u>Assigned for All Purposes To:</u><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A, First Street Courthouse<br><br>**JOINT CASE STATUS REPORT**<br><br><br>Original Complaint: November 21, 2019<br>Removed:  December 27, 2019 |

Plaintiff DARIUS MAYES (hereinafter "Plaintiff") and Defendant AIRPORT TERMINAL SERVICES, INC. ("Defendant") (with Plaintiff, "the parties"), respectfully provide this Joint Status Report to the Court in response to the Court's Scheduling Order dated April 2, 2021 (ECF No. 19).

The Court entered the April 2nd Order in response to the case report Plaintiff provided at ECF 18. The Court had asked for the report after noting Plaintiff had not filed his motion for class certification in accordance with the case management schedule. In light of the settlement in the previously filed case of *Cisneros v Airport Terminal Services, Inc.*, CD Cal. Case No. 2:19-cv-2798-VAP-SP, Plaintiff agreed to attempt to resolve Plaintiff's claims on an individual basis.

Therefore, at Plaintiff's request, the Court has dismissed all of the previously pending class claims without prejudice. (ECF 19).  The Court instructed the parties to meet and confer in good faith in an attempt to reach an amicable resolution of Plaintiff's individual claims after previous settlement efforts had stalled. The parties' counsel have met and conferred, and have addressed their positions and settlement demands in a teleconference and through correspondence.

The parties have made good progress towards terms for resolution of Plaintiff's remaining individual claims, and request a continued conference or report date regarding settlement in 30 days. If the parties are able to arrive at a resolution of Plaintiff's individual claims, they will stipulate to dismissal under Rule 41.

DATED:  April 23, 2021          DAVID YEREMIAN & ASSOCIATES

                                By /S/ Alvin B. Lindsay
                                   David Yeremian
                                   Alvin B. Lindsay
                                   Attorneys for Plaintiff DARIUS MAYES

DATED:  April 23, 2021          SEYFARTH SHAW LLP

                                By /S/ Aaron R. Lubeley
                                   Aaron R. Lubeley
                                   Attorneys for Defendant

JOINT CASE STATUS REPORT