| | |
|---|---|
| 1 | DAVID YEREMIAN & ASSOCIATES, INC. |
| 2 | David Yeremian (SBN 226337)<br>david@yeremianlaw.com |
| 3 | Alvin B. Lindsay (SBN 220236)<br>alvin@yeremianlaw.com |
| 4 | 535 N. Brand Blvd., Suite 705<br>Glendale, California 91203 |
| 5 | Telephone: (818) 230-8380<br>Facsimile: (818) 230-0308 |
| 6 | Attorneys for Plaintiff DARIUS MAYES |
| 7 | SEYFARTH SHAW LLP |
| 8 | Aaron R. Lubeley (SBN 199837)<br>alubeley@seyfarth.com |
| 9 | 601 South Figueroa Street, Suite 3300<br>Los Angeles, California 90017 |
| 10 | Telephone: (213) 270-9600<br>Facsimile: (213) 270-9601 |
| 11 | Attorneys for Defendants<br>AIRPORT TERMINAL SERVICES, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DARIUS MAYES, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-10914 MWF (SSx)<br><br><u>Assigned for All Purposes To:</u><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A, First Street Courthouse<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Original Complaint: November 21, 2019<br>Removed:  December 27, 2019 |

NOTICE OF SETTLEMENT

Plaintiff DARIUS MAYES (hereinafter "Plaintiff") and Defendant AIRPORT TERMINAL SERVICES, INC. ("Defendant") (with Plaintiff, "the parties"), hereby respectfully provide this notice to the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement.

The Court entered an Order on April 2, 2021 (ECF No. 19) in response to the case report Plaintiff provided at ECF 18. The Court had asked for the report after noting Plaintiff had not filed his motion for class certification in accordance with the case management schedule. In light of the settlement in the previously filed case of *Cisneros v Airport Terminal Services, Inc.*, CD Cal. Case No. 2:19-cv-2798-VAP-SP, Plaintiff agreed to attempt to resolve Plaintiff's claims on an individual basis.

Therefore, at Plaintiff's request, the Court indicated it would accept a written request to dismiss the pending class claims without prejudice. (ECF 19). The Court instructed the parties to meet and confer in good faith in an attempt to reach an amicable resolution of Plaintiff's individual claims after previous settlement efforts had stalled. The parties' counsel have met and conferred and agreed to the terms for resolution and dismissal of Plaintiff's individual claims with prejudice and dismissal of the class claims and any remaining PAGA claims of any putative Class members without prejudice.

Upon execution of their Settlement Agreement, the parties will so stipulate. The parties anticipate doing so by finalizing their settlement agreement by the end of July, and will file a stipulated dismissal at that time of all remaining claims in this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Plaintiff's undersigned counsel certifies that he has conferred with Defendant's undersigned counsel who found the content of the document for filing acceptable and authorized the submission of this document to the Court with his below electronic signature.

| | | |
|---|---|---|
| 1 | DATED: July 6, 2021 | DAVID YEREMIAN & ASSOCIATES |
| 2 | | By /S/ Alvin B. Lindsay |
| 3 | | David Yeremian |
| | | Alvin B. Lindsay |
| 4 | | Attorneys for Plaintiff DARIUS MAYES |
| 5 | DATED: July 6, 2021 | SEYFARTH SHAW LLP |
| 6 | | |
| 7 | | By /S/ Aaron R. Lubeley |
| | | Aaron R. Lubeley |
| 8 | | Attorneys for Defendant |