DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff DARIUS MAYES

SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendants
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DARIUS MAYES, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-10914 MWF (SSx)<br><br>Assigned for All Purposes To:<br>Hon. Michael W. Fitzgerald<br>Courtroom 5A, First Street Courthouse<br><br>**JOINT STIPULATION REQUESTING DISMISSAL PURSUANT TO RULE 41**<br><br>Original Complaint: November 21, 2019<br>Removed:  December 27, 2019 |

1    Plaintiff DARIUS MAYES (hereinafter "Plaintiff") and Defendant AIRPORT

2  TERMINAL SERVICES, INC. ("Defendant") (with Plaintiff, "the parties") have

3  reached a Settlement of Plaintiff's remaining individual claims, and pursuant to Rule

4  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure stipulate to dismissal of this

5  action as follows:

6    WHEREAS, the parties filed a Joint Notice of Settlement on July 6, 2021

7  informing the Court they had reached a settlement of Plaintiff's individual claims

8  against Defendant in light of the settlement in the previously filed class action

9  entitled *Cisneros v Airport Terminal Services, Inc*., CD Cal. Case No. 2:19-cv-2798-

10  VAP-SP;

11    WHEREAS the Court remained patient in setting then continuing further

12  status conferences and orders to show cause re: dismissal while the parties worked

13  to finalize and execute their Settlement Agreement;

14    WHEREAS, the parties have finalized and executed a Settlement and Release

15  Agreement ("Settlement") agreeing to dismissal of Plaintiff's individual claims with

16  prejudice and pursuant to the Settlement request that the Court dismiss Plaintiff's

17  remaining class and PAGA claims with prejudice as to Plaintiff and dismiss the

18  remaining claims of all others without prejudice;

19    WHEREAS, the parties submit that, given the ongoing settlement approval

20  process in the *Cisneros* action and the fact that no prior notice has been mailed or

21  otherwise provided to absent putative class members and aggrieved employees, they

22  do not require any notice of the dismissal of the class and PAGA claims in this

23  action pursuant to Rule 41 and Rule 3.770 of the California Rules of Court;

24    WHEREAS, the parties would like to dismiss the remaining claims in this

25  action in light of and pursuant to their Settlement.

26    NOW THEREFORE, the parties jointly stipulate to the dismissal of this

27  action, with prejudice as to Plaintiff's individual claims and the class and PAGA

28  claims as to him, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of

- 1 -

1  Civil Procedure, with each party to bear his, her, or its own costs, except as

2  otherwise provided in the Settlement.

3  IT IS SO STIPULATED.

4      Plaintiff's undersigned counsel certifies that he has conferred with

5  Defendant's undersigned counsel who found the content of the document for filing

6  acceptable and authorized the submission of this document to the Court with his

7  below electronic signature.

8

9  DATED:  November 8, 2021        DAVID YEREMIAN & ASSOCIATES

10                                 By /S/ Alvin B. Lindsay
11                                    David Yeremian
                                      Alvin B. Lindsay
12                                    Attorneys for Plaintiff DARIUS MAYES

13  DATED:  November 8, 2021        SEYFARTH SHAW LLP

14                                 By /S/ Aaron R. Lubeley
15                                    Aaron R. Lubeley
16                                    Attorneys for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION REQUESTING DISMISSAL PURSUANT TO RULE 41