DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

JS-6

Attorneys for Plaintiff DARIUS MAYES

SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendants
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DARIUS MAYES, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-10914 MWF (SSx)<br><br>Assigned for All Purposes To:<br>Hon. Michael W. Fitzgerald<br>Courtroom 5A, First Street Courthouse<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING DISMISSAL PURSUANT TO RULE 41 AND DISMISSING ACTION**<br><br>Original Complaint: November 21, 2019 Removed: December 27, 2019 |

ORDER GRANTING STIPULATED DISMISSAL OF ACTION PURSUANT TO RULE 41

1

**ORDER**

2    Plaintiff DARIUS MAYES (hereinafter "Plaintiff") and Defendant AIRPORT

3  TERMINAL SERVICES, INC. ("Defendant") (with Plaintiff, "the parties") have

4  stipulated to dismissal of this action with prejudice as to Plaintiff's claims pursuant

5  to Rule 41 of the Federal Rules of Civil Procedure.

6    With good cause appearing, and pursuant to the parties' stipulation and

7  Settlement Agreement, the Court hereby dismisses this action with prejudice

8  pursuant to Rule 41(a)(1)(A)(ii).

9    **IT IS SO ORDERED.**

10

11  DATED:  __November 9__ , 2021     _____

12                                MICHAEL W. FITZGERALD
                                 United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATED DISMISSAL OF ACTION PURSUANT TO RULE 41